UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-20438-CIV-HUCK/O'SULLIVAN

GREAT LAKES REINSURANCE
(UK) PLC,

    Plaintiff,
vs.

AMARE, LLC, and DISTINCT
ADVANTAGE PREMIUM
FINANCE CO., INC.,

    Defendants.
_____/

CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (D.E. #5) filed on June 17, 2008. Having considered the Notice of Voluntary Dismissal and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1). All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this June 25, 2008.

                                      Paul C. Huck
                                      United States District Judge

Copies furnished to:
Counsel of Record